| | |
|---|---|
| 1 | **THE LAW OFFICE OF JACK FITZGERALD, PC** |
| 2 | JACK FITZGERALD (SBN 257370) |
| 3 | *jack@jackfitzgeraldlaw.com* |
| 4 | TREVOR M. FLYNN (SBN 253362) |
|   | *trevor@jackfitzgeraldlaw.com* |
| 5 | TRAN NGUYEN (SBN 301593) |
| 6 | *tran@jackfitzgeraldlaw.com* |
|   | Hillcrest Professional Building |
| 7 | 3636 Fourth Avenue, Suite 202 |
| 8 | San Diego, California 92103 |
|   | Phone: (619) 692-3840 |
| 9 | Fax: (619) 362-9555 |
| 10 | *Counsel for Plaintiff Zenbu Magazines* |
| 11 | *LLC, and the Putative Class* |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENBU MAGAZINES LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY ENTERTAINMENT NETWORK INTERNATIONAL LLC,<br><br>Defendants. | Case No.: 15-cv-310-EDL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**[N.D. CAL. CIV. L.R. 6-1(a)]** |

Pursuant to the United States District Court, Northern District of California Local Rules, Rule 6-1(a), the parties stipulate as follows.

WHEREAS, the Summons and Complaint in this action were served on defendants on January 27, 2015, such that defendants' responses are due, pursuant to Fed. R. Civ. P. 12, on February 17, 2015;

WHEREAS, defendants have requested, and plaintiff has agreed to a 30-day extension of defendants' time to respond to the Complaint.

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES:

Defendants' date to respond to the Complaint is continued. Defendants shall respond to the Complaint on or before March 19, 2015. No current Court-ordered event dates or deadlines are affected by this stipulation.

IT IS SO STIPULATED.

Dated: February 13, 2015
/s/ Jack Fitzgerald
Jack Fitzgerald
**Counsel for Plaintiff**

Dated: February 13, 2015
Jennifer Liu
Senior Vice President
Sony Network Entertainment International, LLC
jennifer.liu@am.sony.com
2207 Bridgepoint Parkway
San Mateo, California 94404
Phone: (650) 655-8000
**On Behalf of Defendants**

1

*Zenbu Magazines LLC v. Sony Computer Entm't Am. LLC et al.*, No. 15-cv-310-EDL
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT