**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
TRAN NGUYEN (SBN 301593)
*tran@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

*Counsel for Plaintiff Zenbu Magazines LLC, and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZENBU MAGAZINES LLC, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY ENTERTAINMENT NETWORK INTERNATIONAL LLC,<br><br>    Defendants. | Case No.: 15-cv-310-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** AS MODIFIED<br>**[N.D. CAL. CIV. L.R. 6-1(b)]** |

Pursuant to the United States District Court, Northern District of California Local Rules, Rule 6-1(a), the parties stipulate as follows.

WHEREAS, the Summons and Complaint in this action were served on defendants on January 27, 2015, such that defendants' responses are due, pursuant to Fed. R. Civ. P. 12, on February 17, 2015;

WHEREAS, defendants previously requested, and plaintiff previously agreed to a 30-day extension, and another 14-day extension of defendants' time to respond to the Complaint (*see* Dkt. Nos. 10, 17);

WHEREAS, defendants have again requested, and plaintiff has again agreed to an additional 21-day extension for the reasons set forth in the Declaration of Jack Fitzgerald;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES:

Upon the Court's Order, Defendants' deadline for responding to the Complaint shall be extended to on or before <u>April 23, 2015</u>. Further, the Initial Case Management Conference currently scheduled for April 21, 2015 (*see* Dkt. No. 15) shall be vacated, and will be rescheduled by the Court after defendants respond to the Complaint.

IT IS SO STIPULATED.

Dated: April 1, 2015

/s/ *Jack Fitzgerald*
Jack Fitzgerald
**Counsel for Plaintiff**

Dated: April 1, 2015

[signature]
Jennifer Liu
Senior Vice President
Sony Network Entertainment International, LLC
jennifer.liu@am.sony.com
2207 Bridgepoint Parkway
San Mateo, California 94404
Phone: (650) 655-8000
**On Behalf of Defendants**

***No further extensions will be granted.***

PURUSANT TO THE PARTIES' STIPULATION,

Dated: April 3, 2015

Hon. Vince Chhabria
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Vince Chhabria