KILPATRICK TOWNSEND & STOCKTON LLP
JOSEPH PETERSEN
WILLIAM E. MOSLEY (CA Bar No. 280495)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:   650 326 2400
Facsimile:    650 326 2422
Email: jpetersen@kilpatricktownsend.com
Email: WMosley@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
W. ANDREW PEQUIGNOT
1100 Peachtree Street, NE, Suite 2800
Atlanta, GA  30309-4528
Telephone:    404-815-6500
Facsimile:     404-815-6555
Email:  apequignot@kilpatricktownsend.com

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and
SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ZENBU MAGAZINES LLC, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC AND SONY ENTERTAINMENT NETWORK INTERNATIONAL LLC,<br><br>Defendants. | Civil Action No. 15-cv-310 VC<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES**<br><br>Complaint Filed:    January 22, 2015<br>(Amended)             April 22, 2015 |

### NOTICE OF SETTLEMENT

By and through their respective counsel, Plaintiff Zenbu Magazines LLC ("Zenbu") and Defendants Sony Computer Entertainment America LLC and Sony Network Entertainment International LLC ("Sony" and, together with Zenbu, "the Parties") hereby provide notice to the Court that the Parties have reached an agreement in principle to resolve this action in its entirety.



**STIPULATION AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND ALL OTHER PENDING DEADLINES**

In light of the Parties' agreement in principle to resolve this action in its entirety, the Parties hereby stipulate and respectfully request that the Court vacate any and all applicable deadlines in this matter, including the Case Management Conference currently scheduled for May 26, 2015, in order to avoid further costs to the Parties and any unnecessary expenditure of the Court's time and resources.

**SO STIPULATED:**

DATED: May 19, 2015              Respectfully submitted,

                                 KILPATRICK TOWNSEND & STOCKTON LLP


                                 By: */s/ William E. Mosley*
                                     JOSEPH PETERSEN
                                     W. ANDREW PEQUIGNOT
                                     WILLIAM E. MOSLEY

                                 Attorneys for Defendants
                                 SONY COMPUTER ENTERTAINMENT AMERICA
                                 LLC and SONY NETWORK ENTERTAINMENT
                                 INTERNATIONAL LLC

DATED: May 19, 2015              Respectfully submitted,

                                 THE LAW OFFICE OF JACK FITZGERALD, P.C.


                                 By: */s/ Jack Fitzgerald*
                                     JACK FITZGERALD
                                     TREVOR M. FLYNN
                                     TRAN NGUYEN

                                 Attorneys for Plaintiff
                                 ZENBU MAGAZINES LLC



**IT IS SO ORDERED:**

Dated: _____, 2015

_____
The Honorable Vince Chhabria
United States District Judge

In compliance with General Order 45, X.B., I hereby attest that Jack Fitzgerald (counsel for Plaintiff Zenbu Magazines LLC) has concurred in this filing.

DATED:  May 19, 2015          KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ William E. Mosley*
   JOSEPH PETERSEN
   W. ANDREW PEQUIGNOT
   WILLIAM E. MOSLEY

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

